UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 15-20009 |
| GENE T. HARDWICK, ) | |
| Defendant. ) | |

### DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM IN SUPPORT OF PROBATION

The defendant, Gene T. Hardwick, by his attorney, James A. Martinkus of Erwin, Martinkus & Cole, Ltd., files this Supplemental Sentencing Memorandum in Support of Probation:

REASSERTION OF SENTENCING MEMORANDUM E-FILED ON OCTOBER 3, 2016.

Gene reasserts the position and argument that is set forth in the original Sentencing Memorandum in Support of Probation filed on October 3, 2016, except to the extent that the materials set forth therein are inconsistent with the Plea Agreement reached on January 20, 2017.

DEFENDANT'S SENTENCING REQUEST.

The United States of America in its Sentencing Memorandum filed May 18, 2017, states:

> Hardwick undoubtedly will request this Court impose a sentence below the applicable Guidelines range. That request will likely be based on his age.

While Gene Hardwick's age is a factor that this Court should consider in determining an appropriate sentence, it is far from the only basis upon which the Defendant requests a sentence of probation. As set forth at length in the previously filed Defendant's Sentencing Memorandum in Support of Probation, a significant additional basis for probation is Gene's contribution to the Champaign community. Multiple letters of support have set forth in detail facts which show that Gene has been an outstanding member of the Champaign community for decades. Those same letters set out substantial details regarding Gene's honesty, integrity, willingness to help others, and general good naturedness. In addition, the complete lack of any prior involvement with the criminal justice system in 74 years of living is another substantial factor which this Court must consider in determining an appropriate sentence. Moreover, the crime which Gene pled guilty to is not a violent crime, and Gene has made substantial restitution and continues to make restitution. Finally, Gene has some very significant health issues which this Court should not ignore.

As Judge Kocoras aptly put it: "One of the considerations for me is whether society would be better off with [the defendant] in jail or whether it would be best served by utilizing his talents and beneficence to help make this a better world." See *United States v. H Ty Warner,* 13-CR-731, United States District Court, Northern Division of Illinois, Easter Division (Jan.14, 2014).

UNITED STATES SUGGESTION OF RECIDIVISM.

In its Sentencing Memorandum, the United States suggests that there are concerns of recidivism for Gene Hardwick. There is no evidence whatsoever to support that position. Even though Mr. Hardwick has had some recent setbacks with respect to filling his apartment units, the Supplemental Pre-Sentence Investigation Report filed on May 15, 2017, clearly shows that he has the ability to provide for his financial needs. The Report at page 11 shows that Gene's total net worth is $5,283,111.00. That net worth is completely inconsistent with Gene having to commit more crimes in order to make ends meet. Historically, Gene has designed over 3,000 dwelling units and repeatedly borrowed money from numerous banks without any previous issues.

In *United States v. Roth*, No. 05-CR-792-5, 2008 U.S. Dist. LEXIS 19603, *3-4, 7 (N.D. Ill. Mar. 11, 2008), as originally referenced at page 14 of the Defendant's Sentencing Memorandum in Support of Probation, the Court states that there should be no finding of a concern for recidivism when a defendant's sincere remorse and absence of a criminal history support the contrary inference.

There is no question that Gene is remorseful for his conduct, and there is no question of a lack of a past criminal history.  Accordingly, the inference the Court should draw is that it is very unlikely that Gene would ever re-offend and that probation is the appropriate sentence in this case.

Respectfully submitted,

/s/ **James A. Martinkus**

James A. Martinkus
Bar Number: 21116
Attorney for Defendant
ERWIN, MARTINKUS & COLE, LTD.
411 West University Avenue
PO Box 1098
Champaign, IL  61824-1098
217-351-4040
217-351-4314 Fax
jim.martinkus@erwinlaw.com

F:\users\JAM\CLIENT\Criminal Clients\Hardwick - Federal\Ds Supplemental Sentencing Memorandum.wpd

# CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
Jason M Bohm   jason.bohm@usdoj.gov

and I hereby certify that I have mailed the document by United States Postal Service to the following non CM/ECF participants:      None

s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116
Attorney for Defendant
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P. O. Box 1098
Champaign, IL  61824-1098
(217) 351-4040
FAX 217-351-4314
jim.martinkus@erwinlaw.com